CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 01 2012

JULIA C. ...LEY CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:07cr00014 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| OSHA DESMOND CASEY | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Casey's motion pursuant to 28 U.S.C. § 2255 (ECF No. 42) shall be **DISMISSED** without prejudice, and the case is hereby **STRICKEN** from the court's active docket.

Further, finding that Casey has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: October 1, 2012.

UNITED STATES DISTRICT JUDGE